1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

5

6  **Attorney for LUZ BOATWRIGHT**

7
                       **UNITED STATES DISTRICT COURT**
8
                       **EASTERN DISTRICT OF CALIFORNIA**
9

10

11 LUZ BOATWRIGHT,                          **CASE NO.:   2:16-CV-01184-KJN**

12         Plaintiff,

13 vs.                                      STIPULATION AND ORDER EXTENDING
                                            TIME TO FILE AND SERVE MOTION
14
   COMMISSIONER OF SOCIAL SECURITY,
15
           Defendant
16

17       IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, and with the permission of the Court as evidenced below, that the

19 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

20 extended to the new filing date of November 28, 2016.  The extension is needed due to press of

21 business in plaintiff's attorney's office.

22

23

24

25

26

27

28
   STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

This is the 1st request for extension by plaintiff.

Dated: 10/25/2016                                    /s/ *Peter Brixie*
                                                     PETER BRIXIE
                                                     Attorney at Law
                                                     Attorney for Plaintiff


Dated: 10/25/2016                                    /s/ Donna W. Anderson
                                                     DONNA W. ANDERSON
                                                     Special Assistant U. S. Attorney
                                                     Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  October 27, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION