PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LUZ BOATWRIGHT, | Case No. 2:16-cv-01184-KJN |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be extended until February 3, 2017. This is Defendant's first request for an extension of time to file her responsive pleading.  Defense counsel requires additional time to fully review the administrative record and consider the government's position due to

conflicting due dates, a high workload during this time period, and scheduled use/lose leave. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  December 22, 2016          By:     /s/ *Peter Brixie**
                                          Peter Brixie
                                          Attorney for Plaintiff
                                          (* By e-mail authorization on 12/21/16)


Dated: December 22, 2016                  PHILLIP A. TALBERT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                  By:     /s/ *Donna W. Anderson*
                                          DONNA W. ANDERSON
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant


<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  December 27, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE